**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | |
|---|---|
| CESAR BARROS, | : No. 192 MAL 2014 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| v. | : |
| | : |
| | : |
| JAMES BERNARD MARTIN, IN HIS | : |
| OFFICIAL CAPACITY AS CHIEF | : |
| DISTRICT ATTORNEY FOR THE | : |
| COUNTY OF LEHIGH, | : |
| | : |
| Respondent | : |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 19th day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.